

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00373-CV

Robert **ZAYAS** dba Clinic Services Providers P.A.,
Appellant

v.

Dolly R. **DENSON**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI16539
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Irene Rios, Justice

Delivered and Filed:  July 25, 2018

DISMISSED

A filing fee of $205.00 was due when appellant filed his notice of appeal, but it was not paid. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 159158, Aug. 28, 2015). We issued an order on June 29, 2018, notifying appellant that the filing fee had not been paid. We ordered appellant to show cause in writing by July 9, 2018, that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. Appellant was advised that if he failed to respond within the time

provided, this appeal would be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c). Appellant did not respond.

This appeal is DISMISSED for failure to pay the filing fee. *See id.*

PER CURIAM